UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ARTHUR LEE EVERETT, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| V. | ) | **CASE NO. 7:16-CV-323-D** |
| | ) | |
| KATRINA REDMON, individually and | ) | |
| in her official capacity as the Chief | ) | |
| Executive Officer of the Housing Authority | ) | |
| of the City of Wilmington, North Carolina; | ) | |
| MATT SCAPARRO, individually and in | ) | |
| his official capacity as the Director of | ) | |
| Property Management for the Housing | ) | |
| Authority of the City of Wilmington; | ) | |
| LEASHA JOHNSON, individually and in | ) | |
| her official capacity as a Property Manager | ) | |
| for the Housing Authority of the City of | ) | |
| Wilmington, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendants' motion to dismiss [D.E. 11] is GRANTED, and the complaint is DISMISSED without prejudice.

**This Judgment Filed and Entered on May 26, 2017, and Copies To:**

| | |
|---|---|
| Ira Braswell, IV | (via CM/ECF Notice of Electronic Filing) |
| Danielle Barbour Wilson | (via CM/ECF Notice of Electronic Filing) |

DATE:                                          PETER A. MOORE, JR., CLERK

May 26, 2017                      (By)  /s/ Nicole Briggeman

                                          Deputy Clerk